BEFORE THE SECOND DIVISION, FEBRUARY 13, 1958

**No. 61555.**—Competition Chemicals and Ad. M. Schmid & Co. v. United States, protest 286936–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of ammeters similar in all material respects to those the subject of *Lucas Electrical Services, Inc.,* and *Frank J. Eberle Co.* v. *United States* (36 Cust. Ct. 209, C. D. 1776), the claim of the plaintiffs was sustained.

**No. 61556.**—Herz Specialty Products, Inc., and D. J. Ambrosio v. United States, protest 296937–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.

**No. 61557.**—Glensder Textile Corp. v. United States, protest 301013–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.